IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No.: 20-20070-JAR-JPO

JAMES PUGH,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT I
### (Bank Robbery)

On or about January 31, 2020, in the District of Kansas, the defendant,

**JAMES PUGH,**

by force, violence and intimidation did take from the person and presence of another, money belonging to and in the care, custody, control, management and possession of Landmark Bank, a bank whose deposits were then insured by the Federal Deposit Corporation, in violation of Title 18, United States Code, Section 2113(a).

Dated: October 21, 2020    A TRUE BILL.

s/Foreperson
FOREPERSON OF THE GRAND JURY

1

**/s/Jabari B. Wamble #22730, for:**
Stephen R. McAllister
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
Tel. (913) 551-6730
Fax. (913) 551-6541
Stephen.McAllister@usdoj.gov
Kan. S. Ct. No. 15845

2

3

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

**PENALTIES:**

Count 1:

- NMT 20 years Imprisonment;
- NMT $250,000 fine;
- NMT 3 years supervised release; and,
- $100 Special Assessment Fee.